**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Lisa Johnson-Barker, as Adminstrator of the Estate of Markus Johnson | ) | Civil Action No. 26-cv-01725 |
| vs. | ) | or |
| Wexford Health Sources, Inc., et al. | ) | Criminal Action No. ____________ |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ____________________________________________,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wexford Health Sources, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

September 9, 2026
Date

s/ Jeffrey T. Criswell
Signature of Attorney or Litigant