**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA JOHNSON-BARKER, as Administrator of the Estate of Markus Johnson, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:26-cv-01725 |
| WEXFORD HEALTH SOURCES, INC.; THE BANTRY GROUP CORPORATION; SBW INVESTMENTS, LLC; TDWJR INVESTMENTS LLC; RICHARD W. TALARICO; HJP ACQUISITION LPG; the G. NORMAN MCCANN IRREVOCABLE TRUST FOR N. JEFFREY MCCANN; and the 2017 N. JEFFREY MCCANN FAMILY TRUST | ) | Hon. J. Nicholas Ranjan |
| Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF HOWARD KAPLAN**

Howard Kaplan, undersigned counsel for Plaintiff, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Howard Kaplan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 14, 2026

Respectfully submitted,

/s/ Howard Kaplan
Howard Kaplan
Attorney for Plaintiff

KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614
(312) 852-2184
howard@kaplangrady.com

**CERTIFICATE OF SERVICE**

I, Howard Kaplan, an attorney, hereby certify that on September 14, 2026, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Howard Kaplan
Howard Kaplan
Attorney for Plaintiff