**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA JOHNSON-BARKER, as Administrator of the Estate of Markus Johnson,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.; THE BANTRY GROUP CORPORATION; SBW INVESTMENTS, LLC; TDWJR INVESTMENTS LLC; RICHARD W. TALARICO; HJP ACQUISITION LPG; the G. NORMAN MCCANN IRREVOCABLE TRUST FOR N. JEFFREY MCCANN; and the 2017 N. JEFFREY MCCANN FAMILY TRUST<br><br>Defendants. | ) | Case No. 2:26-cv-01725<br><br>Hon. J. Nicholas Ranjan |

**AFFIDAVIT OF HOWARD KAPLAN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Howard Kaplan, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Lisa Johnson-Barker pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Howard Kaplan, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Kaplan & Grady LLC.

2. My business address is 2071 N. Southport Ave., Ste. 205, Chicago, IL 60614.

3. I am a member in good standing of the bar of the State of Illinois and am admitted to practice before the United States District Courts for the Southern District of Illinois,

Central District of Illinois, Northern District of Illinois, Northern District of California, Western District of Arkansas, District of Connecticut, District of Colorado, Eastern District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit.

4. My bar identification number is Illinois ARDC No. 6306286.

5. A current certificate of good standing from the Supreme Court of Illinois is attached to this Affidavit as Exhibit A.

6. I have never been subject to any disciplinary proceedings.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 14, 2026

/s/ Howard Kaplan
Howard Kaplan