**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA JOHNSON-BARKER, as Administrator of the Estate of Markus Johnson,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.; THE BANTRY GROUP CORPORATION; SBW INVESTMENTS, LLC; TDWJR INVESTMENTS LLC; RICHARD W. TALARICO; HJP ACQUISITION LPG; the G. NORMAN MCCANN IRREVOCABLE TRUST FOR N. JEFFREY MCCANN; and the 2017 N. JEFFREY MCCANN FAMILY TRUST<br><br>Defendants. | ) | Case No. 2:26-cv-01725<br><br>Hon. J. Nicholas Ranjan |

**[PROPOSED] ORDER GRANTING**
**<u>MOTION FOR ADMISSION *PRO HAC VICE* OF HOWARD KAPLAN</u>**

AND NOW, upon consideration of the Motion for Admission Pro Hac Vice of Howard Kaplan, it is hereby ORDERED that the Motion is GRANTED and that Howard Kaplan be admitted to the Court Pro Hac Vice. This admission allows Howard Kaplan every right and privilege to practice in the Western District of Pennsylvania for the limited purpose of representing Plaintiff Lisa Johnson-Barker in the above-captioned matter.

**SO ORDERED.**

Date: ________________

_________________________
Nicholas Ranjan
United States District Judge
United States District Court for the
Western District of Pennsylvania